```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 08 B 23185
   RICHARD DAVIS
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8530


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/02/2008 and was not confirmed.

     The case was dismissed without confirmation 12/10/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC    20000.00           .00          .00
CAPITAL ONE AUTO FINANCE  UNSEC W/INTER      490.41           .00          .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER     1117.34           .00          .00
CITY OF CHICAGO DEPT OF   UNSEC W/INTER     1240.00           .00          .00
CITY CHICAGO DEPT OF REV  NOTICE ONLY     NOT FILED           .00          .00
HSBC ORCHARD BANK         UNSEC W/INTER   NOT FILED           .00          .00
HSBC ORCHARD BANK         UNSEC W/INTER   NOT FILED           .00          .00
PAYDAY LOAN               UNSEC W/INTER   NOT FILED           .00          .00
PROVIDIAN                 UNSEC W/INTER   NOT FILED           .00          .00
TRIBUTE                   UNSEC W/INTER   NOT FILED           .00          .00
STEVEN VUJIC              NOTICE ONLY     NOT FILED           .00          .00
NATIONAL CAPITAL MANAGEM  UNSEC W/INTER      663.38           .00          .00
STEFANS STEFANS & STEFAN  DEBTOR ATTY          .00                         .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                           .00
DEBTOR REFUND                                  .00
                     ---------------     ---------------
TOTALS                     .00                 .00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 23185 RICHARD DAVIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/05/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |